1  SUSANA ALCALA WOOD, City Attorney (SBN 156366)
   **SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
2  srichmond@cityofsacramento.org
   CITY OF SACRAMENTO
3  915 I Street, Room 4010
   Sacramento, CA  95814-2608
4  Telephone:  (916) 808-5346
   Telecopier:  (916) 808-7455
5
6  Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER AND DANIEL FARNSWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KRISTOPHER VELEZ, | Case No.:  2:18-cv-01914-MCE-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |
| vs. | |
| CITY OF SACRAMENTO; JOHN HARSHBARGER; BAIL HOTLINE BAIL BONDS, INC.; AMERICAN SURETY COMPANY; and DOES 1 through 25, inclusive, | |
| Defendants. | |

TO: THE HONORABLE MAGISTRATE JUDGE CAROLYN K. DELANEY

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery and are still awaiting Plaintiff's health care providers to produce his medical records and billings.

*///*

*///*

*///*

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF

It is stipulated between the parties, that the following cutoff dates be set:

FACT DISCOVERY CUT-OFF: 11-15-2019

EXPERT WITNESS DESIGNATION: 01-13-2020

DATED: May 24, 2019          SUSANA ALCALA WOOD,
City Attorney

By:_____
**SEAN D. RICHMOND**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER, AND DANIEL FARNSWORTH

DATED: _____, 2019     LAW OFFICE OF STEWART KATZ

By:_____
**STEWART KATZ**

Attorneys for Plaintiff, KRISTOPHER VELEZ

DATED: _____, 2019     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:_____
**ANDREW BLUTH**

Attorneys for BAIL HOTLINE BAIL BONDS, INC., AMERICAN SURETY COMPANY

I, Sean D. Richmond, certify that I have permission to affix the signatures of Stewart Katz and Andrew Bluth to this document by email permission.

# ORDER

Based on the stipulation of the parties to this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Fact Discovery Cut-Off be extended to November 15, 2019; and
2. Expert Witness Designation be extended to January 13, 2020.

Dated: May 29, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE