UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRISTOPHER VELEZ,

    Plaintiff,

v.

CITY OF SACRAMENTO et al.,

    Defendants.

No. 2:18-cv-01914-MCE-CKD

**ORDER**

Presently before the Court is Plaintiff Kristopher Velez's ("Plaintiff") Motion for Leave to File a Second Amended Complaint. ECF No. 11. Defendants City of Sacramento, Daniel Farnsworth, John Harshbarger, American Surety Company, and Bail Hotline Bail Bonds, Inc. (collectively, "Defendants") filed Statements of Non-Opposition. ECF Nos. 14, 15. Rule 15(a), under which Plaintiff's Motion is brought, provides that "leave [to amend] shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The policy of favoring amendments to pleadings, as evinced by Rule 15(a), "should be applied with extreme liberality." United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981).

///

///

///

1

1     Given that liberal standard, and in view of Defendants' non-opposition to Plaintiff's request, Plaintiff's Motion for Leave to File a Second Amended Complaint, ECF No. 11, is hereby GRANTED.[1]

    IT IS SO ORDERED.

Dated: November 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered these matters submitted on the briefs. E.D. Local Rule 230(g).