SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER AND DANIEL
FARNSWORTH

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VELEZ,<br><br>       Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO; JOHN HARSHBARGER; BAIL HOTLINE BAIL BONDS, INC.; AMERICAN SURETY COMPANY; and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No.: 2:18-cv-01914-MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |

TO: THE HONORABLE MAGISTRATE JUDGE CAROLYN K. DELANEY

      IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

      The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery. In addition, Plaintiff is undergoing further medical treatment that may have bearing on discovery and how the parties proceed with the case. Finally, the parties have had some initial discussion in regard to potential settlement.

///

///

STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF

It is stipulated between the parties, that the following cutoff dates be set:

FACT DISCOVERY CUT-OFF:       June 15, 2020

EXPERT WITNESS DESIGNATION:  August 17, 2020


DATED: January 6, 2020            SUSANA ALCALA WOOD,
City Attorney


By:   / s /
     **SEAN D. RICHMOND**
Senior Deputy City Attorney

Attorneys for the CITY OF
SACRAMENTO, JOHN HARSHBARGER,
AND DANIEL FARNSWORTH

DATED: January 6, 2020            LAW OFFICE OF STEWART KATZ


By:   / s /
     **STEWART KATZ**

Attorneys for Plaintiff, KRISTOPHER VELEZ

DATED: January 6, 2020            LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   / s /
     **ANDREW BLUTH**

Attorneys for BAIL HOTLINE BAIL BONDS,
INC., AMERICAN SURETY COMPANY


    I, Sean D. Richmond, certify that I have permission to affix the signatures of Stewart Katz and Andrew Bluth to this document by email permission.

## **ORDER**

Based on the stipulation of the parties to this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.     Fact Discovery Cut-Off be extended to June 15, 2020; and

2.     Expert Witness Designation be extended to August 17, 2020.

IT IS SO ORDERED.

Dated:  January 10, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF