**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
ANDREW D. BLUTH, SB# 232387
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants BAIL HOTLINE BAIL BONDS, INC. and AMERICAN SURETY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KRISTOPHER VELEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; JOHN HARSHBARGER; BAIL HOTLINE BAIL BONDS, INC., AMERICAN SURETY COMPANY; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 2:18-cv-01914-MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

## STIPULATION AND REQUEST TO EXTEND TIME FOR NEWLY ADDED DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT

On November 21, 2019, the Court granted Plaintiff KRISTOPHER VELEZ's ("Plaintiff"), Motion for Leave to Amend his Complaint. The Second Amended Complaint, among other amendments, added Defendants Brian Smith and Alex Hastings. The parties to this action are presently engaged in settlement discussions that they hope will resolve all matters alleged in the Second Amended Complaint. Therefore, Plaintiff and the newly added defendants hereby jointly stipulate to and request that the time for the newly added defendants in the Second Amended

4834-7307-7686.1                                1
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Complaint to respond to the Second Amended Complaint be extended to allow for the settlement negotiations to proceed. The parties hereto request that the deadline for responsive pleadings to be filed to the Second Amended Complaint be extended to July 1, 2020.

IT IS SO STIPULATED.

DATED: March 19, 2020  
Respectfully Submitted,  
LAW OFFICE OF STEWART KATZ

By: /s/ Stewart Katz  
Stewart Katz  
Attorneys for Plaintiff KRISTOPHER VELEZ

DATED: March 19, 2020  
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Andrew D. Bluth  
Andrew D. Bluth  
Attorneys for Defendants BAIL HOTLINE BAIL BONDS, INC. and AMERICAN SURETY COMPANY

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: March 16, 2020  
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Andrew D. Bluth  
Andrew D. Bluth  
Attorneys for BAIL HOTLINE BAIL BONDS, INC. and AMERICAN SURETY COMPANY

**ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The deadline for parties to file a responsive pleading to the Second Amended Complaint is extended to July 1, 2020.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE