SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER AND DANIEL FARNSWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VELEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; JOHN HARSHBARGER; BAIL HOTLINE BAIL BONDS, INC.; AMERICAN SURETY COMPANY; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  2:18-cv-01914-MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |

   IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

   The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery.  In addition, Plaintiff is undergoing further medical treatment that may have bearing on discovery and how the parties proceed with the case.  Furthermore, Plaintiff's counsel had been previously unavailable for a number of months due to attending to medical issues.  The parties have also had some initial discussion in regard to potential settlement and would like the opportunity to explore this further.

///

Finally, on March 20, 2020, the Court entered a stipulated order by which the deadline for the new defendants added in Plaintiff's Second Amended Complaint to file their responsive pleading was extended to July 1, 2020. For the same reasons set forth herein, the parties now further stipulate that the deadline for these defendants to respond to the Second Amended Complaint is extended to September 1, 2020.

It is stipulated between the parties, that the following cutoff dates be set:

| | |
|---|---|
| RESPONSIVE PLEADING FOR NEW DEFENDANTS: | September 1, 2020 |
| FACT DISCOVERY CUT-OFF: | October 19, 2020 |
| EXPERT WITNESS DESIGNATION: | December 21, 2020 |

DATED: July 31, 2020

SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
**SEAN D. RICHMOND**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER, AND DANIEL FARNSWORTH

DATED: July 31, 2020

LAW OFFICE OF STEWART KATZ

By: /s/ STEWART KATZ
**STEWART KATZ**

Attorneys for Plaintiff, KRISTOPHER VELEZ

///
///
///
///
///
///
///
///
///

DATED: July 31, 2020                         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ ANDREW BLUTH
**ANDREW BLUTH**

Attorneys for BAIL HOTLINE BAIL BONDS, INC., AMERICAN SURETY COMPANY

I, Sean D. Richmond, certify that I have permission to affix the signatures of Stewart Katz and Andrew Bluth to this document by email permission.

### ORDER

Based on the stipulation of the parties to this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Responsive pleading for new defendants extended to **September 1, 2020**;

1. Fact Discovery Cut-Off be extended to **October 19, 2020**; and

2. Expert Witness Designation be extended to **December 21, 2020**.

IT IS SO ORDERED.

Dated: August 7, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE