Stip
SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER AND DANIEL FARNSWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VELEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO; JOHN HARSHBARGER; BAIL HOTLINE BAIL BONDS, INC.; AMERICAN SURETY COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.:  2:18-cv-01914-MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |

　　IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

　　The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery.  In addition, Plaintiff is undergoing further medical treatment that may have bearing on discovery and how the parties proceed with the case.  Furthermore, issues related to the pandemic have caused to slow the discovery process.  The parties have also had some initial discussion in regard to potential settlement and would like the opportunity to explore this further.

///

It is stipulated between the parties, that the following cutoff dates be set:

FACT DISCOVERY CUT-OFF:                                  March 8, 2021

EXPERT WITNESS DESIGNATION:                          May 10, 2021

DATED: December 8, 2020          SUSANA ALCALA WOOD,
                                 City Attorney


                                 By:    /s/ SEAN D. RICHMOND
                                    **SEAN D. RICHMOND**
                                    Senior Deputy City Attorney

                                    Attorneys for the CITY OF
                                    SACRAMENTO, JOHN HARSHBARGER,
                                    AND DANIEL FARNSWORTH

DATED: December 8, 2020          LAW OFFICE OF STEWART KATZ


                                 By:    /s/ STEWART KATZ
                                    **STEWART KATZ**

                                    Attorneys for Plaintiff, KRISTOPHER VELEZ

DATED: December 8, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP


                                 By:    /s/ ANDREW BLUTH
                                    **ANDREW BLUTH**

                                    Attorneys for BAIL HOTLINE BAIL BONDS,
                                    INC., AMERICAN SURETY COMPANY


    I, Sean D. Richmond, certify that I have permission to affix the signatures of Stewart Katz and Andrew Bluth to this document by email permission.

**ORDER**

Based on the stipulation of the parties to this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Fact Discovery Cut-Off be extended to March 8, 2021; and
2. Expert Witness Designation be extended to May 10, 2021.

IT IS SO ORDERED.

Dated: December 13, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE