SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER AND DANIEL FARNSWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VELEZ,<br><br>            Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO; JOHN HARSHBARGER; BAIL HOTLINE BAIL BONDS, INC.; AMERICAN SURETY COMPANY; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.:  2:18-cv-01914-MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF AND EXPERT WITNESS DESIGNATION** |

   IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

   The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery.  Plaintiff had recently contracted the Covid-19 virus which caused considerable delay in presenting for further medical evaluation in relation to injuries he sustained as a result of the subject incident.  Additionally, the parties have been diligently attempting to schedule a mediation, likely for a date in May of 2021 and will need the additional time to conduct the necessary discovery to appropriately prepare for the

mediation.

It is stipulated between the parties, that the following cutoff dates be set:

FACT DISCOVERY CUT-OFF: June 7, 2021

EXPERT WITNESS DESIGNATION: June 21, 2021

DATED: April 2, 2021  SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
**SEAN D. RICHMOND**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER, AND DANIEL FARNSWORTH

DATED: April 2, 2021  LAW OFFICE OF STEWART KATZ

By: /s/ STEWART KATZ
**STEWART KATZ**

Attorneys for Plaintiff, KRISTOPHER VELEZ

DATED: April 2, 2021  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ ANDREW BLUTH
**ANDREW BLUTH**

Attorneys for BAIL HOTLINE BAIL BONDS, INC., AMERICAN SURETY COMPANY

I, Sean D. Richmond, certify that I have permission to affix the signatures of Stewart Katz and Andrew Bluth to this document by email permission.

**ORDER**

Based on the stipulation of the parties to this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Fact Discovery Cut-Off be extended to June 7, 2021; and
2. Expert Witness Designation be extended to June 21, 2021.

Dated:  April 9, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE