1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
2 | ANDREW D. BLUTH, SB# 232387
2020 West El Camino Avenue, Suite 700
3 | Sacramento, California 95833
Telephone: 916.564.5400
4 | Facsimile: 916.564.5444

5 | Attorneys for BAIL HOTLINE BAIL BONDS,
INC., AMERICAN SURETY COMPANY,
6 | ALEX HASTINGS, FUGITIVE RECOVERY
INVESTIGATIONS, INC. and BRIAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KRISTOPHER VELEZ, | CASE NO. 2:18-cv-01914-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR BAIL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF SACRAMENTO; JOHN HARSHBARGER; DANIEL FARNSWORTH; BRIAN SMITH; ALEX HASTINGS; BAIL HOTLINE BAIL BONDS, INC.; FUGITIVE RECOVERY INVESTIGATIONS, INC.; AMERICAN SURETY COMPANY; and DOES 2 through 15, 19 and 20, and 24 through 30, inclusive, | |
| Defendants. | |

**STIPULATION TO CONTINUE HEARING FOR MOTION FOR SUMMARY JUDGMENT**

The Parties hereby stipulate as follows:

1. On July 7, 2021, Defendants American Surety Company ("American Surety"), Bail Hotline Bail Bonds, Inc. ("Bail Hotline"), Fugitive Recovery Investigations, Inc. ("FRI"), Alex Hastings, and Brian Smith (collectively the "Bail Defendants") filed a Motion for Summary Judgment, or, in the Alternative, Motion for Adjudication of the Ninth and Tenth Causes of Action (the "Motion for Summary Judgment") (Dkt. 44);

2. The hearing on the Motion for Summary Judgment was set for August 26, 2021;

LEWIS BRISBOIS

Case 2:18-cv-01914-MCE-CKD   Document 47   Filed 08/11/21   Page 2 of 4

3. The Parties have agreed to participate in private mediation on August 12, 2021;

4. The Parties have agreed to continue the hearing date on the Motion for Summary Judgment to allow for any opposition and reply briefs to be filed after the date of the mediation, to allow the Parties and counsel to focus their time and resources on trying to resolve the case at the mediation;

**Now Therefore**, the Parties hereby stipulate and request that the Court continue the hearing date on the Motion for Summary Judgment to **September 23, 2021**, and that any deadlines for additional briefing required for the Motion for Summary Judgment be calculated based on the new hearing date.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: August 3, 2021        SUSANA ALCALA WOOD,
                             City Attorney

                             By:   /s/ SEAN D. RICHMOND
                             **SEAN D. RICHMOND**
                             Senior Deputy City Attorney

                             Attorneys for the CITY OF SACRAMENTO, JOHN HARSHBARGER, AND DANIEL FARNSWORTH

DATED: August 3, 2021        LAW OFFICE OF STEWART KATZ

                             By:   /s/ STEWART KATZ
                             **STEWART KATZ**

                             Attorneys for Plaintiff, KRISTOPHER VELEZ

DATED: August 3, 2021        LEWIS BRISBOIS BISGAARD & SMITH LLP

                             By:   /s/ ANDREW D. BLUTH
                             **ANDREW D. BLUTH**

                             Attorneys for BAIL HOTLINE BAIL BONDS, INC., AMERICAN SURETY COMPANY, ALEX HASTINGS, FUGITIVE RECOVERY INVESTIGATIONS, INC. and BRIAN SMITH

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: August 3, 2021        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Andrew D. Bluth
Attorneys for BAIL HOTLINE BAIL BONDS, INC., AMERICAN SURETY COMPANY, ALEX HASTINGS, FUGITIVE RECOVERY INVESTIGATIONS, INC. and BRIAN SMITH

**ORDER**

Based on the stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The hearing date on the currently pending Motion for Summary Judgment (ECF No. 44) is continued to **September 23, 2021,** and any deadlines for additional briefing required for the Motion for Summary Judgment are to be calculated based on the new hearing date.

IT IS SO ORDERED.

Dated:  August 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE