# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VELEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO; JOHN HARSHBARGER; DANIEL FARNSWORTH; BRIAN SMITH; ALEX HASTINGS; BAIL HOTLINE BAIL BONDS, INC.; FUGITIVE RECOVERY INVESTIGATIONS, INC.; AMERICAN SURETY COMPANY; and DOES 2 through 15, 19 and 20, and 24 through 30, inclusive,<br><br>    Defendants.<br>_____ | NO. 2:18-CV-01914-MCE-CKD<br><br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS CITY OF SACRAMENTO, JOHN HARSHBARGER, AND DANIEL FARNSWORTH** |

The Court, upon receipt and review of the parties' stipulation and the Court's previous finding of a Good Faith Settlement, ECF No. 58, this action is DISMISSED with prejudice as to Defendants City of Sacramento, John Harshbarger, and Daniel Farnsworth.

///

///

///

1 All effected parties shall bear their own fees and costs, and this case shall proceed
2 against the remaining defendants.
3          IT IS SO ORDERED.
4 Dated: January 21, 2022

*[signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE